Jennafer YELLOWHORSE,
Plaintiff–Appellant,

v.

KAYENTA UNIFIED SCHOOL
DISTRICT; et al., Defendants–
Appellees.

No. 17–15688

United States Court of Appeals,
Ninth Circuit.

Submitted November 15, 2017 *

NOVEMBER 20, 2017

Jennafer Yellowhorse, Kayenta, AZ, pro se.

Before: CANBY, TROTT, and GRABER, Circuit Judges.

MEMORANDUM **

Jennafer Yellowhorse appeals pro se from the district court's judgment dismiss-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

ing for failure to state a claim her action alleging various federal claims. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915(e)(2)(B)(ii). *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998) (order). We affirm.

The district court properly dismissed Yellowhorse's action because Yellowhorse failed to allege facts sufficient to state any plausible claims. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009) ("[A] complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." (citation and internal quotation marks omitted)).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.